**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:21-cr-0020 |
| | ) | |
| ALEXIS SANCHEZ GARCIA, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 29, 2024, recommending that the Defendant's plea of guilty to Count One of the Indictment, a violation of 46 U.S.C. §§ 70503(a)(1) and 70506(a), be accepted, and the Defendant be adjudged guilty. (ECF No. 150.) After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 150, is **ADOPTED;** it is further

**ORDERED** that Defendant Alexis Sanchez Garcia's plea of guilty as to Count One of the Indictment is **ACCEPTED**, and that Alexis Sanchez Garcia is adjudged **GUILTY** on that count; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **May 7, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **May 21, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **June 11, 2024;** it is further

**ORDERED** that the parties shall file their sentencing memoranda no later than **June 25, 2024;** it is further

2445e6f688f9a55f

*United States v. Sanchez Garcia*
Case No. 21-cr-0020
Order
Page **2** of **2**

       **ORDERED** that a sentencing hearing shall be held on **July 2, 2024, at 9:30 A.M. in STT Courtroom No. 1.**


**Dated:** March 18, 2024              */s/ Robert A. Molloy*
                                        **ROBERT A. MOLLOY**
                                        **Chief Judge**